| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JERZY PILCH, | ) | No. C 05-2819-MHP |
| Petitioner, | ) | |
| v. | ) | **STIPULATION TO A BRIEFING SCHEDULE; AND [PROPOSED] ORDER** |
| ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; and NANCY ALCANTAR, San Francisco Director of Immigration and Customs Enforcement, | ) ) ) ) ) ) | |
| Respondents. | ) | |

Petitioner, by and through his attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following briefing schedule:

| | |
|---|---|
| Respondents' Return to Habeas Petition due: | August 5, 2005 |
| Petitioner's Reply due: | August 12, 2005 |
| Hearing: | August 22, 2005 at 2:00 p.m. |

BRIEFING STIPULATION
C 05-2819-MHP                    1

Date: July 27, 2005

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Respondents

Date: July 27, 2005

/s/
DONALD UNGAR
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 28, 2005

_____
MARILYN
United States

BRIEFING STIPULATION
C 05-2819-MHP          2