1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-7169
7
   Attorneys for Respondents
8

**FILED**

AUG 1 0 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9                   UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
11                       SAN FRANCISCO DIVISION

12 | JERZY PILCH,                              ) No. C 05-2819-MHP
                                               )
13 |     Petitioner,                           ) STIPULATION TO DISMISS PETITION
                                               ) FOR WRIT OF HABEAS CORPUS
14 | v.                                        ) WITHOUT PREJUDICE; AND
                                               ) [~~PROPOSED~~] ORDER
15 | ALBERTO GONZALES, Attorney                )
     General of the United States; MICHAEL     )
16 | CHERTOFF, Secretary of the Department     )
     of Homeland Security; and NANCY           )
17 | ALCANTAR, San Francisco Director of       )
     Immigration and Customs Enforcement,      )
18                                             )
         Respondents.                          )
19 |_____)

20   Petitioner, by and through his attorney of record, and respondents, by and through their

21 attorneys of record, hereby stipulate to the dismissal of petitioner's petition for writ of habeas

22 corpus without prejudice because the parties agree that the respondents will issue the petitioner a

23 new Form I-286, with which he may request the Immigration Court to provide him with a new

24 bond redetermination hearing, and respondents agree that, for purposes of that hearing, the

25 petitioner is not presently subject to mandatory detention under 8 U.S.C. § 1226(c).

26   Each of the parties shall bear their own costs and fees.

27
28

STIPULATION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS
C 05-2819-MHP                        1

| | |
|---|---|
| Date: August 8, 2005 | Respectfully submitted, |
| | KEVIN V. RYAN<br>United States Attorney |
| | |
| | /s/<br>EDWARD A. OLSEN[1]<br>Assistant United States Attorney<br>Attorneys for Respondents |
| Date: August 8, 2005 | /s/<br>DON UNGAR, ESQ.<br>Attorney for Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 8/9/05

_____
MARILYN HALL PATEL
United States District Judge

---

[1] I, Edward A. Olsen, attest that both Attorney Ungar and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS
C 05-2819-MHP            2